Chad S. Pehrson (12622)
Marcia Fuller Durkin (9973)
**KUNZLER BEAN & ADAMSON**
50 W Broadway, Suite 1000
Salt Lake City, UT 84101
Telephone: (801) 994-4646
cpehrson@kba.law
mdurkin@kba.law

*Attorneys for Defendant Tim Marshall*

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re<br><br>ROCKWELL DEBT FREE PROPERTIES, INC.,<br><br>Debtor. | Bankruptcy No. 20-25326 (KRA)<br><br>Chapter 7<br><br>Honorable Kevin R. Anderson |
| STEVEN R. BAILEY, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>TIM MARSHALL,<br><br>Defendant. | **ANSWER** |

### ANSWER OF DEFENDANT TIM MARSHALL TO
### PLAINTIFF'S COMPLAINT

Defendant Tim Marshall, by his undersigned counsel, answers Plaintiff's complaint

("**Complaint**") as follows:

## JURIDICTION, VENUE, AND PARTIES

1. Lack information and therefore deny.

2. Lack information and therefore deny.

3. Lack information and therefore deny.

4. Lack information and therefore deny.

5. Lack information and therefore deny.

6. Admit that Mr. Marshall is a California resident; Deny the remainder.

## FACTUAL ALLEGATIONS

7. Lack information and therefore deny.

8. Deny.

## FIRST CLAIM FOR RELIEF
### (11 U.S.C. § 548—Fraudulent Transfer)

9. Incorporate prior responses.

10. No response is required to this statement of law.

11. No response is required to this statement of law.

12. No response is required to this statement of law.

13. No response is required to this statement of law.

14. Deny.

15. Deny.

16. Deny.

17. Deny.

18. Deny.

## SECOND CLAIM FOR RELIEF
### (11 U.S.C. §§ 550 & 551—Transferee Liability and Preservation)

19. Incorporate prior responses.

20. Deny.

21. Deny.

22. Deny.

## THIRD CLAIM FOR RELIEF
### (11 U.S.C. § 542—Turnover)

23. Incorporate prior responses.

24. Deny.

25. Deny.

26. Deny.

## FOURTH CLAIM FOR RELIEF
### (11 U.S.C. § 502(d)—Disallowance of Claims)

27. Incorporate prior responses.

28. Deny

## REQUEST FOR RELIEF

Deny all Request for Relief.

## GENERAL DENIAL

Deny any allegation not expressly admitted.

## DEFENSES

Without admitting any of the allegations in the Complaint, Defendant asserts the following defenses, affirmative or otherwise, without assuming the burden of proof that it would not otherwise have. In additional to the defenses described below, Defendant expressly reserves

its right to amend its answer and allege additional defenses, affirmative or otherwise, as additional information becomes available and/or is otherwise discovered through the course of discovery.

## FIRST DEFENSE
### (Failure to State a Claim)

The Complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE
### (Statute of Limitations)

The Plaintiff's claim is barred by the statute of limitations.

## THIRD DEFENSE
### (Equivalent Value)

The Plaintiff's claim is barred because the Debtor received reasonably equivalent value for the monies he transferred to Defendant from the services the Defendant provided to the Debtor.

## FOURTH DEFENSE
### (Solvency)

The Plaintiff's claim is barred because the Debtor was solvent at the time of the transfer to the Defendant.

## FIFTH DEFENSE
### (Look-Back Period)

The Plaintiff's claim is barred because the transfer occurred outside of the two-year look-back period.

**WHEREFORE**, Defendant Tim Marshall respectfully requests that the Court:

A. Enter judgment in Defendant's favor dismissing the Complaint with prejudice.

B. Award Defendant his reasonable costs and fees, including attorneys' fees.

  C. Grant Defendant such other and further relief as the Court deems just and proper.

## JURY DEMAND

Defendant Tim Marshall demands a trial by jury on all issues triable by a jury.

**DATED** this 6th day of October 2023.

                                              Respectfully submitted,

                                              KUNZLER BEAN & ADAMSON

                                              */s/ Chad S. Pehrson*
                                              Chad S. Pehrson
                                              Marcia Fuller Durkin
                                              *Attorneys for Defendant Tim Marshall*

## CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I hereby certify that on October 6, 2023, I electronically filed the foregoing **ANSWER OF DEFENDANT TIM MARSHALL TO PLAINTIFF'S COMPLAINT** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

> Blake D. Miller
> Deborah R. Chandler
> ANDERSON & KARRENBERG
> 50 West Broadway, Suite 600
> Salt Lake City, Utah 84101
> bmiller@aklawfirm.com
> dchandler@aklawfirm.com
>
> *Attorneys for Steven R. Bailey, Chapter 7 Trustee*

*/s/ Chad S. Pehrson*